UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTENING USA INC., <br><br> Plaintiff, <br><br> v. <br><br> MULTALER ET CIE and MULTALER, INC. d/b/a YON-KA PARIS, <br><br> Defendants. | Civil Action No. 20-CV-2099-WFK-SJB <br><br><br> **REQUEST OF CLERK OF COURT TO REFUND FILLING FEE** |

The filing fee associated with the electronic filing of the Complaint in this action was paid twice during the electronic filing process on May 7, 2020, as evidenced by the Pay.gov Confirmation Tracking IDs ANYEDC-12768870 and ANYEDC-12768896 attached to this request. Plaintiff Lightening USA, Inc. respectfully requests the Clerk of the Court to refund one of the two $400 filing fees.

Respectfully submitted,
**STERN & SCHURIN LLP**

By:

*Penina Green*
Penina Green
pgreen@sternschurin.com
595 Stewart Avenue
Suite 510
Garden City, NY 11530
Telephone: (516) 248-0300
Facsimile: (516) 283-0277

*Attorney for Plaintiff*

Dated: May 8, 2020
       Garden City, New York